IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re

TREANDOUS COTTON,

    Petitioner.

No. C 13-2848 WHA (PR)

**ORDER OF DISMISSAL**

(Docket No. 4)

On June 20, 2013, petitioner, a prisoner of the State of California, filed a letter requesting additional file to file a habeas petition. That day, the clerk notified him that he had neither paid the filing fee nor filed an application to proceed in forma pauperis ("IFP"). Along with the notices, the clerk mailed to petitioner the court's IFP forms, instructions for completing the forms, and a stamped return envelope. In the notice, petitioner was informed that the case would be dismissed if he did not pay the fee or file a completed IFP application, within thirty days. More than thirty days have passed, and petitioner has not filed an IFP application or paid the filing fee. Accordingly, this case is **DISMISSED** without prejudice. Petitioner's motions for additional time to file a federal petition and for access to the law library are **DENIED** as moot.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: July   29  , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE